# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2635

_____

Rondoe Reece Wright,                    *
                                        *
        Appellant,                      *
                                        *   Appeal from the United States
    v.                                  *   District Court for the
                                        *   Southern District of Iowa.
Paul W. Loeffelholz, sued as            *
Lofelholz, Paul; Duffy, Doctor;         *       [UNPUBLISHED]
University of Iowa Hospitals; Kip       *
Kautsky,                                *
                                        *
        Appellees.                      *

_____

Submitted: September 5, 2003
Filed: October 7, 2003

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Rondoe Wright appeals the District Court's[1] preservice dismissal of his 42 U.S.C. § 1983 (2000) action. Upon careful review of the record, we conclude dismissal was proper because Wright's claims, which accrued at least four years prior to initiation of this action, were barred by the applicable statute of

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

limitations.  See Iowa Code § 614.1(2) (West Supp. 2003) (limitations period for personal injury actions is two years after accrual); Wilson v. Garcia, 471 U.S. 261, 279–80 (1985).  Accordingly, we affirm.  See 8th Cir. R. 47A(a).

_____